IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**RODOLFO HUMBERTO RODA MARTINEZ,**　　　　　　　　　**PETITIONER**
**# 02683-506**

**VERSUS**　　　　　　　　　　　　　　**CAUSE NO. 3:23cv451-TSL-RPM**

**WARDEN C. HARRISON**　　　　　　　　　　　　　　　**RESPONDENT**

### FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the Order issued this date,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is dismissed without prejudice.

**SO ORDERED AND ADJUDGED,** this 24th day of October, 2023.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE